UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Trijicon, Inc., et al. | ) |
| | ) |
| **Plaintiff(s)** | ) Case No.: 1:13-cv-01207 |
| v. | ) |
| Kathleen Sebelius, et al. | ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

I, Ted Metzger, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Letter dated August 8, 2013, Summons, Civil Cover Sheet, Verified Complaint, Certificate Required By LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, Motion for Preliminary Injunction and Memorandum In Support of Law In Support, [Proposed] Order Granting Motion for Preliminary Injunction; and Attachments in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That on August 08, 2013 at 3:46 PM, I served Eric H. Holder, Jr., United States Attorney General with the Letter dated August 8, 2013, Summons, Civil Cover Sheet, Verified Complaint, Certificate Required By LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, Motion for Preliminary Injunction and Memorandum In Support of Law In Support, [Proposed] Order Granting Motion for Preliminary Injunction; and Attachments at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 by serving Steffon Edmonds, Clerk, who stated that he/she is authorized to accept service.

Steffon Edmonds is described herein:
Gender: Male   Race/Skin: Black   Hair: Black   Age: 25   Height: 6'0"   Weight: 170

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 8/9/2013

Ted Metzger
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-095343                                                                 Client Reference: N/A