## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN BINDON, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:13-cv-1207-EGS |
| KATHLEEN SEBELIUS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

The Court, having reviewed Defendants' Unopposed Motion to Stay Proceedings and Notice of Non-Opposition to Plaintiff's Motion for Preliminary Injunction, hereby grants the motion and orders as follows:

These proceedings are hereby stayed pending the issuance of a mandate by the United States Court of Appeals for the District of Columbia in *Gilardi v. Department of Health and Human Services*, No. 13-5069 (D.C. Cir. Mar. 29, 2013). The parties are directed to file a joint recommendation for further proceedings within 30 days of the issuance of the mandate in that action. In the event that counsel are unable to agree on a joint recommendation, each party shall file an individual recommendation within that time.

SO ORDERED.

**Signed:**     **Emmet G. Sullivan**
            **United States District Judge**
            **August 14, 2013**